# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

PHILLIP TURNER
Plaintiff

v.

Civil Action No.

Lieutenant DRIVER et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Phillip Turner

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Phillip Turner, Plaintiff, Kervyn B. Altaffer Jr., attorney for Plaintiff, Lieutenant Driver, Defendant, Officer Grinalds, Badge 3825, Defendant, Officer Dyess, Badge 2586, Defendant

| | |
|---|---|
| Date: | October 30, 2015 |
| Signature: | s/ Kervyn B. Altaffer Jr. |
| Print Name: | Kervyn B. Altaffer Jr. |
| Bar Number: | 01116575 |
| Address: | 4054 McKinney Ave Ste 310 |
| City, State, Zip: | Dallas, TX 75204 |
| Telephone: | 972-234-3633 |
| Fax: | 972-947-3663 |
| E-Mail: | kervyn@altafferlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons