IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER, et al.<br>Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-824-A |
| | § | |
| LIEUTENANT DRIVER, et al.,<br>Defendants. | § § § | |

### DEFENDANT OFFICER GRINALDS'S
### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1, the undersigned counsel of record for Defendant, OFFICER GRINALDS, certifies that the following listed persons have an interest in the outcome of this case:

1. Phillip Turner - Plaintiff;

2. Kervyn Altaffer Jr. - Attorney for Plaintiff;

3. City of Fort Worth, Texas - Defendants' employer;

4. Lieutenant Driver - Defendant;

5. Officer Dyess - Defendnat;

6. Officer Grinalds -Defendant;

7. Kenneth E. East - Attorney for Defendant Grinalds;

Respectfully submitted,

Kenneth E. East
State Bar No. 00790622
FOSTER & EAST
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180
(817) 788-1111
Fax: (817) 485-2836
ken1@airmail.net

Page 1 of 2

ATTORNEY FOR DEFENDANT
OFFICER GRINALDS, Badge 3825

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2015, I served a copy of this document on the following parties or their counsel of record:

Kervyn B. Altaffer Jr.
Law Office of Kervyn B. Altaffer Jr.
4054 McKinney Ave., Suite 310
Dallas, Texas 75204
972-234-3633
Fax 972-947-3663
kervyn@altafferlaw.com

Kenneth E. East