U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 21 2015

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PHILLIP TURNER<br>　　Plaintiff,<br>V.<br><br>LIEUTENANT DRIVER, OFFICER<br>GRINALDS, Badge 3825, OFFICER<br>DYESS, Badge 2586<br>　　Defendants | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:15-CV-824-A<br>§<br>§<br>§<br>§ |

## ORDER ON DEFENDANT LIEUTENANT DRIVER'S MOTION TO STAY DISCOVERY

The court having considered Lieutenant Driver's Motion to Stay Discovery is of the opinion that such motion should be granted.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that the motion to stay is granted and that all discovery is stayed until further order of this Court addressing the immunity of Lieutenant Driver and other defendant officers, all subject to further order of the court.

Signed this 21 day of December,

_____
John McBryde
United States District Judge