ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15-cv-824-A |
| | § | |
| LIEUTENANT DRIVER, et al | § | |

DEFENDANT OFFICER DYESS'
CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1, the undersigned counsel of record for Defendant, Officer Dyess, certifies that the following listed persons have an interest in the outcome of this case:

1. Phillip Turner - Plaintiff

2. Kervyn Altaffer, Jr. - Attorney for Plaintiff

3. City of Fort Worth, Texas - Defendants' attorney

4. Lieutenant Driver - Defendant

5. Officer Dyess - Defendant

6. D. Lee Thomas, Jr. - Attorney for Officer Dyess

7. Officer Grinalds - Defendant

8. Kenneth E. East - Attorney for Defendant Grinalds

9. Lieutenant Driver - Defendant

10. Luis Galindo - Attorney for Defendant Driver

DEFENDANT OFFICER DYESS' CERTIFICATE OF INTERESTED PERSONS - Page 1

Respectfully submitted,

_____
D. Lee Thomas, Jr.
State Bar No. 19847500
507 West Central Avenue
Fort Worth, Texas 76164
817-625-8866
817-625-8950 (Fax)
dlthom31@yahoo.com

ATTORNEY FOR DEFENDANT
OFFICER DYESS

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, I served a copy of this document on the following parties or their counsel of record:

Kervyn B. Altaffer, Jr.
Law Office of Kervyn B. Altaffer, Jr.
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
972-234-3633
972-947-3663 (Fax)
kervyn@altafferlaw.com

Kenneth E. East
Foster & East
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180
817-788-1111
817-485-2836 (Fax)
ken1@airmail.net

_____
D. Lee Thomas, Jr.

**DEFENDANT OFFICER DYESS' CERTIFICATE OF INTERESTED PERSONS - Page 2**