

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT C
NORTHERN DIST
FT. WORTH DIV

2015 DEC 23  AM 10: 20

CLERK OF COURT

| | |
|---|---|
| PHILLIP TURNER<br>　　Plaintiff,<br>V.<br><br>LIEUTENANT DRIVER, OFFICER<br>GRINALDS, Badge 3825, OFFICER<br>DYESS, Badge 2586<br>　　Defendants | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:15-CV-824-A<br>§<br>§<br>§<br>§ |

### DEFENDANT LIEUTENANT DRIVER'S
### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1 and 7.4 the undersigned counsel of record for Defendant Lieutenant Driver certifies that the following listed persons have an interest in the outcome of this case.

1.　Phillip Turner (Plaintiff)

2.　Kervyn Altaffer, Jr. (Attorney for Plaintiff)

3.　Lieutenant Driver (Defendant)

4.　Luis A. Galindo (Attorney for Defendant Driver)

5.　Officer Dyess (Defendant)

6.　D. Lee Thomas, Jr. (Attorney for Defendant Dyess)

7　Officer Grinalds (Defendant)

8.　Kenneth E. East (Attorney for Defendant Grinalds)

        LUIS A. GALINDO
        State Bar No. 07579600
        luisgalindo-pllc@sbcglobal.net

        600 Fort Worth Club Building
        306 West 7th Street
        Fort Worth, Texas 76102
        (817) 335-5722 (817) 877-3723 Fax

        ATTORNEY FOR DEFENDANT
        LIEUTENANT DRIVER

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of December 2015 the foregoing document was filed with the clerk of the court for the United States District Court, Northern District of Texas. My signature below certifies that a true and correct copy of the foregoing instrument was served on all counsel of record as indicated below on this the 23rd day of December 2015.

| | | |
|---|---|---|
| Kervyn B. Altaffer, Jr. | D. Lee Thomas, Jr. | Ken East |
| Law Office of Kervyn B. Altaffer | 507 W. Central Avenue | Foster & East |
| 4054 McKinney Ave. Ste 310 | Fort Worth, Texas 76164 | 9001 Airport Freeway, Suite 675 |
| Dallas, Texas 75202 | dlthom31@yahoo.com | North Richland Hills, Texas 76164 |
| kervyn@altafferlaw.com | | ken1@airmail.net |

        Luis A. Galindo