U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 12 2016

CLERK, U.S. DISTRICT COURT
By _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PHILLIP TURNER § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:15-cv-00824-A |
| LIEUTENANT DRIVER, § | |
| OFFICER GRINALDS, Badge 3825, § | |
| OFFICER DYESS, Badge 2586, § | |
| Defendants § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Before the Court is *Plaintiff's Unopposed First Motion For Leave To Amend and File Plaintiff's First Amended Complaint and Brief in Support* filed on January 12, 2016. Plaintiff's motion is granted. The Clerk of the Court is ordered to file the original *Plaintiff's First Amended Complaint and Jury Demand.*

**SO ORDERED:**

SIGNED this 12 January, 2016.

JOHN H. McBRYDE
UNITED STATES DISTRICT JUDGE

1