IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PHILLIP TURNER, | § |
| Plaintiff, | § § § |
| VS. | § NO. 4:15-CV-824-A |
| LIEUTENANT DRIVER, ET AL., | § § § |
| Defendants. | § |

### ORDER

Came on for consideration the motions to dismiss filed by each defendant in the above-captioned action, Lieutenant Driver, Officer Grinalds, and Officer Dyess. On the date of the signing of this order, the court granted the unopposed motion for leave to file an amended complaint filed by plaintiff, Phillip Turner. The court finds that the motions to dismiss are now mooted. Therefore,

The court ORDERS that the motions to dismiss filed by each defendant, Lieutenant Driver, Officer Grinalds, and Officer Dyess, be, and are hereby, denied as moot.

SIGNED January 12, 2016.

JOHN McBRYDE
United States District Judge