ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:15-cv-00824-A |
| LIEUTENANT DRIVER, | § | |
| OFFICER GRINALDS, Badge 3825, | § | |
| OFFICER DYESS, Badge 2586, | § | |
| Defendants | § | |

RETURN OF SERVICE

Before me, the undersigned authority, personally appeared Michael Fennell, who, after having been duly sworn by me, upon his oath deposed and said as follows:

"I hereby certify that: At _12:00_ o'clock _p_. m. on January _14_, 2016, I received for service the original and a copy of a summons issued in the above-captioned action directed to the City of Fort Worth (by serving its City Secretary, Mary J. Kayser, City Hall, 1000 Throckmorton, Fort Worth, Texas 76102) and a copy of the *Plaintiff's First Amended Original Complaint And Jury Demand* filed by Phillip Turner, in such action, which was attached to the original of such summons. I executed such summons at _12:45_ o'clock _p_.m. on _JANUARY_, 20_16_, by delivering the original thereof, with the copy of such *Plaintiff's First Amended Original Complaint And Jury Demand* attached thereto, to Mary J. Kayser (name of individual to whom summons was delivered personally), who is City Secretary (title of person to whom delivery was made) and who is authorized by the City of Fort Worth to receive such summons on behalf of

1

the City of Fort Worth. I endorsed on the original of such summons when I delivered it the date of delivery. Such delivery occurred at 1000 THROCKMORTON Street, Fort Worth, Texas 76102. A copy of the summons I delivered is attached to this Return of Service."

"I further certify that I am over the age of eighteen, and that I am not a party to the above-captioned action."

By: /s/ Michael Fennell
Michael Fennell
6033 East Northwest Hwy #2076
Dallas, TX 75231
SCH 2558 Expires 3/31/2016

Service Fee: $ 120.00

Subscribed and sworn to before me, the undersigned authority, on this 14 day of January, 2016, by /s/ Michael Fennell

/s/ Angela Reyna
Notary Public in and for the
State of Texas

ANGELA REYNA
Notary Public, State of Texas
Comm. Expires 10-26-2016
Notary ID 129181473

My Commission Expires: October 26, 2016.

2

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| PHILLIP TURNER <br> *Plaintiff* <br> v. <br> LIEUTENANT DRIVER, ET AL <br> *Defendant* | Civil Action No. 4:15-cv-00824-A |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Fort Worth
City Secretary, Mary J. Kayser
City Hall
1000 Throckmorton
Fort Worth, Texas 76102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kervyn B. Altaffer Jr.
Altaffer & Chen PLLC
4054 McKinney Ave Suite 310
Dallas, Texas 75240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 14 2016

*Signature of Clerk or Deputy Clerk*