IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER<br>Plaintiff,<br><br>v.<br><br>LIEUTENANT DRIVER,<br>OFFICER GRINALDS, Badge 3825,<br>OFFICER DYESS, Badge 2586,<br>Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 4:15-CV-00824-A |

## DEFENDANT CITY OF FORT WORTH'S
## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1(f), the undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that the judges of the court may evaluate possible disqualification or recusal:

1. Phillip Turner (Plaintiff);

2. Kervyn B. Altaffer, Jr. (Attorney for Plaintiff);

3. City of Fort Worth, Texas (Defendant);

4. Laetitia Coleman Brown (Attorney for Defendant City of Fort Worth);

5. Victoria D. Honey (Attorney for Defendant City of Fort Worth);

6. Lieutenant Driver (Defendant);

7. Luis A. Galindo (Attorney for Defendant Driver);

8. Officer Grinalds (Defendant);

9. Kenneth East (Attorney for Defendant Grinalds);

10. Officer Dyess (Defendant); and

11. D. Lee Thomas (Attorney for Defendant Dyess).

Respectfully submitted,

/s/ Laetitia Coleman Brown
Laetitia Coleman Brown
Senior Assistant City Attorney
State Bar No. 00792417
laetitia.brown@fortworthtexas.gov

Victoria D. Honey
Assistant City Attorney
State Bar No. 24073195
victoria.honey@fortworthtexas.gov

Office of the City Attorney
1000 Throckmorton Street
Fort Worth, Texas 76102-6311
817.392.7600
817.392.8359 Facsimile

***Attorneys for Defendant City of Fort Worth***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2) as noted below, to the following parties on this the 4th day of February, 2016.

Kervyn B. Altaffer, Jr.
Law Office of Kervyn B. Altaffer Jr.
4054 McKinney Ave., Suite 310
kervyn@altafferlaw.com

Luis A. Galindo
600 Fort Worth Club Building
306 W 7th Street
Fort Worth, Texas 76102
Luisgalindo-pllc@sbcglobal.net

Kenneth E. East
Foster & East
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180
Ken@fostereast.com

D. Lee Thomas, Jr.
Law Offices of D. Lee Thomas, Jr.
507 W. Central Avenue
Fort Worth, Texas 76164
dlthom31@yahoo.com

_____
Victoria D. Honey