IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 19 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| PHILLIP TURNER, | § |
| Plaintiff, | § |
| VS. | §  NO. 4:15-CV-824-A |
| CITY OF FORT WORTH, | § |
| Defendant. | § |

### FINAL JUDGMENT AS TO CERTAIN PARTIES

Consistent with the Memorandum Opinion and Order signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims or causes of action asserted by plaintiff, Phillip Turner, against defendants Lieutenant Driver, Officer Grinalds, Badge 3825, and Officer Dyess, Badge 2586 in the above-captioned action, be, and are hereby, dismissed.

SIGNED February 19, 2016.

_____
JOHN McBRIDE
United States District Judge