ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:15-CV-00824-A |
| LIEUTENANT DRIVER,<br>OFFICER GRINALDS, Badge 3825,<br>OFFICER DYESS, Badge 2586,<br>    Defendants. | §<br>§<br>§<br>§ | |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF CO-COUNSEL FOR DEFENDANT CITY OF FORT WORTH

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendant City of Fort Worth (hereinafter "Defendant City"), and files its Notice of Appearance and Substitution of Co-Counsel. Gerald Pruitt, State Bar No. 16369200, hereby gives notice of appearance and designation as co-counsel in the place of Victoria D. Honey, on behalf of Defendant City of Fort Worth in this case.

Respectfully submitted,

*(signature)*

Laetitia Coleman Brown
Senior Assistant City Attorney
State Bar No. 00792417
laetitia.brown@fortworthtexas.gov

Gerald Pruitt
Deputy City Attorney
State Bar No. 16369200
gerald.pruitt@fortworthtexas.gov

Office of the City Attorney
1000 Throckmorton Street
Fort Worth, Texas 76102-6311
817.392.7600
817.392.8359 Facsimile

***Attorneys for Defendant City of Fort Worth***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent electronically or by another manner authorized by FED. R. CIV. P. 5(b)(2) the following parties on this the 29th day of March, 2016.

Kervyn B. Altaffer, Jr.
Law Office of Kervyn B. Altaffer Jr.
4054 McKinney Ave., Suite 310
Dallas, Texas 75204

Luis A. Galindo
600 Fort Worth Club Building
306 W 7th Street
Fort Worth, Texas 76102

Kenneth E. East
Foster & East
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180

D. Lee Thomas, Jr.
Law Offices of D. Lee Thomas, Jr.
507 W. Central Avenue
Fort Worth, Texas 76164

_____
LAETITIA COLEMAN BROWN