ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 30 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| PHILLIP TURNER<br>Plaintiff, | §<br>§<br>§ |
| v. | §<br>§ CIVIL ACTION NO. 4:15-cv-00824-A |
| LIEUTENANT DRIVER,<br>OFFICER GRINALDS, Badge 3825,<br>OFFICER DYESS, Badge 2586,<br>Defendants. | §<br>§<br>§<br>§ |

## ORDER

On this day came on to be heard the Parties *Agreed Motion To Stay Proceedings Pending Appeal Of Order Of Dismissal Of Certain Defendants.*

The Court finds that the Motion is well taken and should be granted in its entirety. The Court hereby stays all proceedings in this matter until further order of the Court.

SO ORDERED.

Signed 3/30, 2016.

_____
John McBryde
United States District Judge