ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER<br>Plaintiff, | § § § § | |
| | § | CIVIL ACTION NO. 4:15-CV-00824-A |
| v. | § § | |
| CITY OF FORT WORTH,<br>Defendant. | § § § | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF
## CO-COUNSEL FOR DEFENDANT CITY OF FORT WORTH

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendant City of Fort Worth (hereinafter "Defendant City"), and files its Notice of Appearance and Substitution of Co-Counsel. Kelly R. Madrid, State Bar No. 24086079, hereby gives notice of appearance and designation as co-counsel in the place of Gerald D. Pruitt, on behalf of Defendant City of Fort Worth in this case.

Respectfully submitted,

*(signature)*

Laetitia Coleman Brown
Senior Assistant City Attorney
State Bar No. 00792417
laetitia.brown@fortworthtexas.gov

Kelly R. Madrid
Assistant City Attorney
State Bar No. 24086079
kelly.madrid@fortworthtexas.gov

Office of the City Attorney
1000 Throckmorton Street
Fort Worth, Texas 76102-6311
817.392.7600
817.392.8359 Facsimile

***Attorneys for Defendant City of Fort Worth***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent electronically or by another manner authorized by FED. R. CIV. P. 5(b)(2) the following parties on this the 28th day of April, 2016.

Kervyn B. Altaffer, Jr.
Law Office of Kervyn B. Altaffer Jr.
4054 McKinney Ave., Suite 310
Dallas, Texas 75204

*(signature)*

LAETITIA COLEMAN BROWN