**FILED**
**November 10, 2016**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

Fort Worth Division

Nov 10, 2016

Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

SUBJECT:   4:15-cv-00824-A        Turner v. Driver et al        16-10312

Dear Clerk:

In connection with the appeal cited above, the following record is transmitted:

☒ Record on appeal or      ☐ Supplemental record on appeal
    consisting of    2    volumes of the record and/or any of the items indicated below:

　　　　　Volume(s) of the transcript      　　　　　Volume(s) of depositions
　　　　　Container(s) of exhibits         　　　　　Folder(s) of State Court Papers
　　　　　Sealed documents                 　　　　　Audio Visual Tapes
　　　　　PSI and SOR page Sealed

☐ Other: _____

☐ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☐ UPS Tracking #: _____

　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　KAREN MITCHELL
　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　By:  /s/ Tamara Ellis
　　　　　　　　　　　　　　Deputy Clerk