

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 JAN 10 PM 2: 50

CLERK OF COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-00824-A |
| LIEUTENANT DRIVER, OFFICER GRINALDS, Badge 3825, OFFICER DYESS, Badge 2586, *Defendants*. | § § § § | |

## CITY OF FORT WORTH'S NOTICE OF ADDRESS CHANGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant City of Fort Worth and files this Notice of Address Change effective January 10, 2017 and requests that all parties involved serve the Respondent City of Fort Worth with all notices, pleadings, correspondence, etc., at the following new address:

City of Fort Worth
Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102

Respectfully submitted,

Laetitia Coleman Brown
Senior Assistant City Attorney
State Bar No. 00792417
laetitia.brown@fortworthtexas.gov

Kelly R. Madrid
Assistant City Attorney
State Bar No. 24086079
kelly.madrid@fortworthtexas.gov

Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102-6311
817.392.7600
817.392.8359 Facsimile

***Attorney for City of Fort Worth***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent electronically or by another manner authorized by Fed.R.Civ.P.5(b)(2) as noted below, to the following parties on this the 10th day of January, 2017.

Kervyn B. Altaffer, Jr.
Law Office of Kervyn B. Altaffer Jr.
4054 McKinney Ave., Suite 310
Dallas, Texas 75204
kervyn@altafferlaw.com

Luis A. Galindo
600 Fort Worth Club Building
306 W 7th Street
Fort Worth, Texas 76102
Luisgalindo-pllc@sbcglobal.net

Kenneth E. East
Foster & East
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180
Ken@fostereast.com

D. Lee Thomas, Jr.
Law Offices of D. Lee Thomas, Jr.
507 W. Central Avenue
Fort Worth, Texas 76164
dlthom31@yahoo.com

Laetitia Coleman Brown