IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-10312

**FILED**
February 16, 2017

D.C. Docket No. 4:15-CV-824 — A

Lyle W. Cayce
Clerk

PHILLIP TURNER,

  Plaintiff - Appellant

v.

LIEUTENANT DRIVER, in his individual capacity; OFFICER GRINALDS, Badge Number 3825, in his individual capacity; OFFICER DYESS, Badge Number 2586, in his individual capacity,

  Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before WIENER, CLEMENT, and HIGGINSON, Circuit Judges.

JUDGMENT

  This cause was considered on the record on appeal and was argued by counsel.

  It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed and remanded in part.

  IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

EDITH BROWN CLEMENT, Circuit Judge, dissenting as to Parts III.A.2 & III.B.1.b.



Certified as a true copy and issued
as the mandate on **Mar 10, 2017**

Attest:   *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**



NEW ORLEANS, LA 70130

March 10, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 16-10312    Phillip Turner v. Driver, et al
                     USDC No. 4:15-CV-824 — A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Shawn D. Henderson, Deputy Clerk
                                504-310-7668

cc:
    Mr. Kervyn Bryce Altaffer Jr.
    Mrs. Lunbing Chen
    Mr. Kenneth E. East
    Mr. Luis Alfredo Galindo
    Ms. Meagan Elizabeth Hassan
    Mr. Dee Lee Thomas Jr.