Case 4:15-cv-00824-A Document 44 Filed 03/20/17 Page 1 of 4 PageID 409

**ORIGINAL**

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 MAR 20 PM 1: 15

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER, et al. | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-824-A |
| | § | |
| CITY OF FORT WORTH, OFFICER | § | |
| GRINALDS, and OFFICER DYESS | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereto file this stipulation of dismissal and would show unto the Court as follows:

1. Plaintiff is Phillip Turner. Defendants are Lieutenant Driver, Officer Grinalds, Officer Dyess, and the City of Fort Worth.

2. Plaintiff moves to dismiss this action, including all claims against all defendants, **with** prejudice. This stipulation is being filed at the request of Plaintiff. No party by this stipulation of dismissal makes any representation or admission about the claims or defenses of themselves or any other party other than what has otherwise been filed in this action.

3. Each Defendant agrees to the dismissal.

4. This case is not a class action.

5. No receiver or guardian has been appointed herein.

6. No defendant has filed or asserts a counterclaim.

7. The parties agree that each party will bear its own costs and attorneys' fees.

8. The dismissal is **with** prejudice to plaintiffs' refiling.

_____
Kervyn B. Altaffer, Jr.

STIPULATION OF DISMISSAL PAGE 1

State Bar No. 01116575
ALTAFFER & CHEN PLLC
4054 McKinney Ave., Ste. 310
Dallas, TX 75204
Tel (972) 234-3633
Fax (972) 947-3663
kervyn@altafferlaw.com

ATTORNEY FOR PLAINTIFF
PHILLIP TURNER


Kenneth E. East
State Bar No. 00790622
FOSTER & EAST
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180
(817) 788-1111
Fax: (817) 485-2836
ken1@airmail.net

ATTORNEY FOR DEFENDANT GRINALDS

_____
D. Lee Thomas, Jr.
State Bar No. 19847500
507 West Central Avenue
Fort Worth, Texas 76164
817-625-8866
817-625-8950 (Fax)
dlthom31@yahoo.com

ATTORNEY FOR DEFENDANT DYESS

_____
Laetitia Coleman Brown
Senior Assistant City Attorney
State Bar No. 00792417
laetitia.brown@fortworthtexas.gov
Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102-6311
817.392.7600
817.392.8359 Facsimile

ATTORNEYS FOR DEFENDANT
CITY OF FORT WORTH

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all parties or their counsel of record in a manner provided by the Federal Rules of Civil Procedure on this the _____ day of March, 2017.

_____

D. Lee Thomas, Jr.
State Bar No. 19847500
507 West Central Avenue
Fort Worth, Texas 76164
817-625-8866
817-625-8950 (Fax)
dlthom31@yahoo.com

ATTORNEY FOR DEFENDANT DYESS

_/s/ Laetitia Coleman Brown_
Laetitia Coleman Brown
Senior Assistant City Attorney
State Bar No. 00792417
laetitia.brown@fortworthtexas.gov
Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102-6311
817.392.7600
817.392.8359 Facsimile

ATTORNEYS FOR DEFENDANT
CITY OF FORT WORTH

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served on all parties or their counsel of record in a manner provided by the Federal Rules of Civil Procedure on this the 20TH day of March, 2017.

_/s/ Kenneth E. East_
Kenneth E. East