IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-824-A |
| | § | |
| CITY OF FORT WORTH, OFFICER GRINALDS, AND OFFICER DYESS, | § | |
| | § | |
| Defendants. | § | |

FINAL JUDGMENT

Consistent with the Stipulation of Dismissal filed by plaintiff, Phillip Turner, and defendants, City of Fort Worth, Officer Grinalds, and Officer Dyess, in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff in the above-captioned action against those defendants be, and are hereby, dismissed with prejudice; and

The court further ORDERS, ADJUDGES, and DECREES that each party bear costs of court and attorney's fees incurred by such party.

SIGNED March 21, 2017.

JOHN McBRYDE
United States District Judge